UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HOPETON FRANCIS,

               Plaintiff,                            JUDGMENT
                                                    19-CV-4554 (WFK)

     v.

CITY OF NEW YORK; OFFICER JOHN DOE;
EDWIN GOULD; and EULIK SAMPSON,

               Defendants.
------------------------------------------------------------ X

A Decision and Order of Honorable William F. Kuntz II, United States District Judge,

having been filed on August 12, 2019, dismissing Plaintiff's complaint against the City of New

York for failure to state a claim upon which relief may be granted, *See* 28 U.S.C. § 1915A;

granting Plaintiff thirty days leave from the date of this Order to file an amended complaint;

certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith;

denying *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States*, 369

U.S. 438, 444-45 (1962); and an Order having been filed on September 19, 2019, dismissing this

action; it is

      ORDERED and ADJUDGED that this action is dismissed; that pursuant to 28 U.S.C. §

1915(a)(3) that any appeal would not be taken in good faith; and that *in forma pauperis* status is

denied for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY                       Douglas C. Palmer
       September 20, 2019               Clerk of Court

                                By:     /s/*Jalitza Poveda*
                                         Deputy Clerk